## RULES GOVERNING STANDARDS OF CONDUCT
## OF MAGISTERIAL DISTRICT JUDGES

**Preamble**
***

(8) The **[Ethics Committee of the Pennsylvania Conference of State Trial Judges and the Ethics and Professionalism Committee of the Special Court Judges Association of Pennsylvania are]** <u>Pennsylvania Judicial Ethics Advisory Board is</u> designated as the approved **[bodies]** <u>body</u> to render advisory opinions <u>**and general guidance**</u> regarding ethical concerns involving magisterial district judges and judicial candidates subject to the Conduct Rules. **[Although such opinions are not, per se, binding upon the Judicial Conduct Board, the Court of Judicial Discipline or the Supreme Court of Pennsylvania, a]** <u>A</u>ction taken in reliance thereon and pursuant thereto shall be **[taken into account]** <u>**treated as set forth in Rules 103 and 206 of the Pennsylvania Judicial Ethics Advisory Board**</u> in determining whether discipline should be recommended or imposed. **[It is anticipated  that ethical concerns directed to the Ethics Committee of the Pennsylvania Conference of State Trial Judges would be limited to matters more appropriately before that body, e.g., campaigning for election to the court of common pleas or an appellate court.]**
***